## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Banuelos**; DOB: 1984; United States<br>**Adolfo Valdez**; DOB: 1988; United States<br>**Jesus Adan Ruiz-Cerqueda**; DOB: 1995; Mexico<br>**Richard Alfonso Rodriguez**; DOB: 1971; United States<br>**Karla Carrio Flores**; DOB: 2000; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>**23-01953MJ** |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: On or about July 10, 2023, in the District of Arizona, **Jose Banuelos, Adolfo Valdez, Jesus Adan Ruiz-Cerqueda, Richard Alfonso Rodriguez** and **Karla Carrio Flores**, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport and/or harbor certain illegal aliens, including Yenifer Magali Guch-Lopez, Cleidy Herrera-Contreras, Guillermina Isabel Reyes, Miriam Chamale, Jose Ines Cubias-Castellanos, and Catalino Alejandro Chamale-Chamale to avoid said aliens' detection by immigration authorities, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 9, 2023, in the District of Arizona (Nogales), at approximately 8:00 p.m., Border Patrol Agents (BPAs) were conducting surveillance at a residence located at 3160 Silver Hill in Nogales, Arizona, a suspected alien smuggling stash house. As BPAs surveilled the residence, they observed three vehicles arrive, identified as a brown Chevrolet Silverado, a blue Dodge Ram 1500, and a brown Ford F-350, between 8:00 p.m. and 9:00 p.m. At approximately 9:38 p.m., BPAs observed the Ford F-350 leave the residence and travel south on Grand Avenue while hauling an empty midsize utility trailer. At approximately 9:44 p.m., BPAs observed the Ford F-350 return to the residence without the utility trailer. BPAs then observed a white GMC Sierra arrive at the residence, hauling the same utility trailer the Ford F-350 was seen with earlier. At approximately 12:24 a.m., BPAs observed the utility trailer being loaded with landscaping equipment by multiple subjects, including **Jose BANUELOS**. As BPAs maintained visual, they later observed the white GMC Sierra leave the residence at approximately 2:23 a.m., and travel to a Circle K gas station without the trailer attached. The driver at that time, later identified as **Adolfo VALDEZ**, was observed fueling the vehicle before returning to the residence where all the lights were then turned off at approximately 2:47 a.m. At approximately 2:55 a.m., BPAs observed a red Ford F-150 enter the residence and park next to the F-350 which was maneuvered by **BANUELOS** so the F-150 could park. BPAs observed multiple subjects exiting an RV, which was located at the rear of the property. At approximately 3:36 a.m., BPAs observed the white GMC Sierra attach the utility trailer and then exit the property, followed by the brown Ford F-350, driven by **BANUELOS**, and by the red Ford F-150.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Yenifer Magali Guch-Lopez, Cleidy Herrera-Contreras, Guillermina Isabel Reyes, Miriam Chamale, Jose Ines Cubias-Castellanos and Catalino Alejandro Chamale-Chamale

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br> |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| **Sworn by telephone** ☒ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 11, 2023 |

[1]   See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Siegele

**Continued from front page.**                                                          23-01953MJ

The three vehicles traveled in tandem and eventually turned eastbound onto State Route (SR) 82. BPAs maintained visual of the three vehicles as they traveled together for approximately one hour and twenty minutes, 69 miles, away from Nogales, Arizona.

At approximately 5:20 a.m., July 10, 2023, a BPA attempted to conduct a vehicle stop on the white GMC Sierra pulling the utility trailer near mile marker 60 on SR 82. The GMC Sierra pulled into the Tombstone Livery Stable and came to an abrupt stop near some mobile homes. The driver and passenger of the GMC Sierra ran from the vehicle to evade arrest. Four female subjects were found in the rear seats of the GMC trying to conceal themselves. An immigration inspection was conducted and all four female subjects, to include Yenifer Magali Guch-Lopez, Cleidy Herrera-Contreras, Guillermina Isabel Reyes, and Miriam Chamale, were determined to be citizens of Guatemala, illegally present in the United States. The driver of the white GMC Sierra, **Jesus Adan RUIZ-Cerqueda**, was apprehended after a foot chase, and was determined to be a citizen of Mexico. Records checks revealed that Yenifer Magali Guch-Lopez, Cleidy Herrera-Contreras, Guillermina Isabel Reyes, and Miriam Chamale do not possess the proper documentation to enter, pass through or remain in the United States legally.

BPAs were able to conduct a vehicle stop on the red Ford F-150 and arrested the driver, **Richard Alfonso RODRIGUEZ**. Approximately 25 minutes later, BPAs observed the F-350 traveling westbound on SR 82 near the original traffic stop and conducted a traffic stop of that vehicle. BPAs arrested **BANUELOS**, who was driving the F-350, and the passenger **VALDEZ**, the subject who was seen driving the GMC Sierra to get gas earlier that morning. At approximately 10:13 a.m., Nogales Border Patrol Station camera operators observed a female subject crawl under the fence on the westside of the property at 3160 Silver Hill. BPAs responded and were guided to the area by the camera operator where BPAs located and detained one female subject, later identified as **Karla CARRIO Flores**. An immigration inspection revealed that **CARRIO** is a citizen of Mexico. Records checks revealed that **CARRIO** was previously with **BANUELOS** attempting to smuggle undocumented non-citizens (UNCs) in October of 2022.

Material witness Yenifer Magali Guch-Lopez stated that she is a citizen of Guatemala and had arranged to be smuggled into the United States for 250,000 Guatemalan Quetzals. She crossed the International Boundary Fence (IBF) with three other females and was picked up by a white pickup truck and taken to an RV trailer that was covered by a blue tarp. At the trailer, Guch said she was threatened by the caretakers with a gun put to her head for refusing to give them her phone. Guch said she was never given any water and there were weapons inside the RV. A man later came and told the group to get up and to get ready because they were leaving. They were told to get into a white truck and hide. When shown a photo lineup, Guch positively identified **BANUELOS** as one of the caretakers of the lot where she was staying.

Material witness Cleidy Herrera-Contreras stated that she is a citizen of Guatemala and that her husband had arranged for her to be smuggled into the United States for $9,000 USD. She crossed the IBF with eight other people. At a load up location, a white truck arrived, and the driver took everyone's phone and never gave them back. The group was told to get into rear seats and forced to lie on top of one another. They were taken to a two-story apartment building and then later taken to a tan or white mobile home. Herrera said **CARRIO** was at the house and was insulting the individuals who were in her group. Herrera said she was slapped twice by **BANUELOS** and threatened for making noise and asking for water. Five people in her group were taken out and transported by vehicles away from the property. The group was told to sit in the backseat on the floorboards of a white truck with a trailer. Another truck scouted for the driver with another truck scouting ahead. They drove for approximately one hour and heard sirens. Herrera said she heard the driver tell the other two drivers to not let BPAs get close to his vehicle. The driver said he was going to bail out and run into the brush requesting to be picked up later from the brush. When the vehicle came to a stop Herrera saw the driver exit and run away.

**Continued on next page.**

**Continued from previous page.**                                                     23-01953MJ

Material witness Guillermina Isabel Reyes stated that she is a citizen of Guatemala and had arranged to be smuggled into the United States for 150,000 Guatemalan Quetzals. She crossed the IBF with three other females and was guided to a load up location guided by cellphone. The group was picked up by a pickup truck and brought to a two-story home and then later taken to a lot where they were told to get inside an RV trailer. Reyes stated there were other UNCs there and they were verbally abused by the caretakers. A man later came and told the group to get up and get ready because they were leaving. They were told to get inside a white pickup truck so they could be smuggled to their destination. When shown a photo lineup, Reyes was able to positively identify **BANUELOS** as the caretaker of the home.

Material witness Miriam Chamale stated that she is a citizen of Guatemala and had arranged to be smuggled into the United States for 120,000 Guatemalan Quetzals. She crossed the IBF with three other females. The group was picked up by a white pickup truck and taken to a two-story home for one night. They were then taken to a lot and told to get inside an RV trailer that was covered with a blue tarp. Chamale said there were other UNCs there with many people coming in and out of the RV. Chamale said they were verbally abused by the caretakers and not given any food or water. There were weapons inside the RV, and it smelled like marijuana. A man later came and told the group to get up and get ready because they were leaving. The group was told to get into a white truck and hide. When shown a photo lineup, Chamale was able to positively identify **BANUELOS** as one of the caretakers.

After waiving his *Miranda* rights, **BANUELOS** stated he lives in Nogales, Arizona and works as a handyman. **BANUELOS** stated he rents a lot on Silver Hill where he keeps his trailer. **BANUELOS** stated he was with his friend, Big Al, hanging out over night at his lot. **BANUELOS** stated he wanted to go to the casino and took the long route, through SR 82, with his friend Big Al. **BANUELOS** then became defensive when BPAs presented the observations that were made at his lot.

After waiving his *Miranda* rights, **VALDEZ** stated he lives in Nogales, Arizona, and he went to hang out with his friend Luis, also known as Tocayo. **VALDEZ** stated he hung out with Tocayo throughout the night until the morning hours when Tocayo asked him for a favor, and he agreed to help. **VALDEZ** stated he believed he was going to help Tocayo fix a home but eventually gathered he wasn't going to fix a home when Tocayo kept driving around in circles. **VALDEZ** stated he wasn't aware what Tocayo had gotten him into but figured he would owe him a favor if he did this one for him. **VALDEZ** stated he put gas in the truck that was apprehended with the UNCs and that he did not know who the truck belonged to, but that Tocayo asked him to fill it up with gas. **VALDEZ** denied knowledge of guiding illegal aliens. **VALDEZ** was able to identify **BANUELOS** as Tocayo from a photo lineup.

After waiving his *Miranda* rights, **RUIZ** stated he illegally crossed into the United States about one week ago and he had been staying in a trailer while waiting to go north with four other females. **RUIZ** stated he was told to drive a truck to pay for his trip to Phoenix, Arizona. He was given the keys to drive. **RUIZ** stated he knew the females in the vehicle were illegally present in the United States.

After waiving his *Miranda* rights, **RODRIGUEZ** stated he was put in contact with an individual who goes by the name of Tocayo who is involved in illegal activities. **RODRIGUEZ** stated Tocayo called him and requested his help. **RODRIGUEZ** stated he was not sure if he was assisting with drugs or UNCs, but he was aware it was something illegal. **RODRIGUEZ** stated he was going to be paid $500 for following a white truck wherever it went. **RODRIGUEZ** was able to positively identify **BANUELOS** as Tocayo from a photo lineup.

On the morning of July 11, 2023, BPAs conducted a search warrant on the property at 3160 Silver Hill in Nogales, Arizona. Two additional UNCs were located at the residence, Jose Ines Cubias-Castellanos and Catalino Alejandro Chamale-Chamale. Both are citizens of Guatemala without legal permission to be in the United States. They are pending interviews. BPAs also located two firearms.